[L. A. No. 2373. In Bank.—December 17, 1909.]

J. A. TIMMONS, Respondent, v. J. C. JOPLIN, as County Treasurer of the County of Orange, Appellant.

DISTRICT COURT OF APPEAL—APPELLATE JURISDICTION.—Cause ordered transferred to the district court of appeal on the authority of *Keech* v. *Joplin, ante,* p. 1.

ID.—JURISDICTION IN MANDAMUS.—The district court of appeal has appellate jurisdiction in proceeding in *mandamus.*

APPEAL from a judgment of the Superior Court of Orange County and from an order refusing a new trial. Z. B. West, Judge.

The facts are stated in the opinion of the court.

Hutton & Williams, B. T. Williams, and H. C. Head, for Appellant.

E. E. Keech, for Respondent.

THE COURT.—This is an appeal from a judgment of the superior court in *mandamus*, and also from an order denying plaintiff's motion for a new trial.

The points involved are, for the most part, identical with those discussed and decided by this court in *Keech* v. *Joplin*, *ante*, p. 1, [106 Pac. 222]. The appeals, as is shown in that decision, were erroneously taken to this court.

It is therefore ordered that this cause be transferred to the district court of appeal for the second district for further proceedings.